In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-084 CV


____________________



UNIVERSAL NATURAL GAS, INC., Appellant



V.



TRIAD CENTERS, L.L.C. AND PRITI MALKAN, Appellees 






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 04-12-09957-CV






MEMORANDUM OPINION


 The appellant, Universal Natural Gas, Inc., and the appellees, Triad Centers, L.L.C.
and Priti Malkan, filed a joint motion to dismiss this appeal with prejudice. The motion is
made by the agreement of the parties prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(2). No other party filed notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ______________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered June 12, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.